IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY DALE BELLEW                                              PLAINTIFF

    V.                  Civil No. 05-4060

GLAXO SMITHKLINE CORP., et al.                                DEFENDANTS

### O R D E R

Now on this 23rd day of February 2006, there comes on for consideration the report and recommendation issued by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. (Doc. 14). Plaintiff filed written objections to the report and recommendation. (Doc. 17).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Separate Defendant Watson Pharmaceutical's motion to dismiss filed prior to removal is GRANTED; Separate Defendants SmithKline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline, PLC's motions to dismiss (Docs. 2 & 7) are GRANTED; and Separate Defendant Bret F. Craytor, M.D.'s motion to dismiss (Doc. 8) is GRANTED. Accordingly, Plaintiff's complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                          /s/ Robert T. Dawson
                                          Honorable Robert T. Dawson
                                          United States District Judge